```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019
```



## MEMORANDUM ENDORSED

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**OMAR J. SIDDIQI**
*Senior Counsel*
Phone: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

November 4, 2019

**BY ECF**
Honorable Gregory H. Woods
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

      Re:   Christopher Sanchez v. Dr. Raul Ramos, et al.
            19-CV-7064 (GHW)

Your Honor:

      I am the attorney in the Office of the Corporation Counsel of the City of New York, assigned to the defense of the above matters.[1] This Office writes to respectfully request a thirty (30) day enlargement of time, from November 4, 2019 until December 4, 2019, to respond to the Court's Valentin Order dated September 3, 2019. This is the first of such a request. This application is made without plaintiff's consent, as plaintiff, who appears *pro se*, is incarcerated and thus, cannot be reached expeditiously.

      Broadly and liberally construing the allegations in the First Amended Complaint, plaintiff appears to allege that on June 24, 2019, his constitutional rights were violated when he was transported to attend a court hearing in Manhattan. Defendant City of New York waived service on November 4, 2019. Pursuant to the Court's September 3, 2019 Valentin Order, this Office was directed to ascertain the full name and service address of the "ESU John Doe Captain," who was allegedly involved in the June 24, 2019 incident alleged in plaintiff's Complaint. See Dkt. No. 7.

      To date, this Office has been working with the Department of Correction to request documents from the correctional facility where plaintiff was incarcerated on the date of the incident, North Infirmary Command, and the Department of Correction's Emergency Services Unit, in order to identify the individual named as "ESU John Doe Captain." Specifically, the following documents were requested: legal schedule for the date of the alleged incident; any use of force report for the alleged incident; any use of force investigation file for

---

[1] This case has been assigned to Assistant Corporation Counsel Stefano Pérez, who is presently awaiting admission to the Bar and is handling this matter under supervision. Mr. Pérez may be reached directly at 212-356-2381, or by email at sperez@law.nyc.gov

the alleged incident; clinic logbook for the date of the alleged incident; and any injury to inmate report involving plaintiff for the date of the alleged incident. This Office has not received any of the requested documents to date. Upon receipt of the requested documents, this Office will continue to work with the Department of Correction in order to determine the identities and service addresses of the of the "ESU John Doe Captain." Once identified, the Department of Correction will waive service for the defendants who are alleged to have been involved in the underlying incident.

A thirty (30) day enlargement of time, from November 4, 2019 until December 4, 2019 to respond to the Court's <u>Valentin</u> Order will allow this Office to obtain and review the relevant documents from the Department of Corrections necessary to provide a thorough and complete response to the Court and to plaintiff.

Thank you for your consideration herein.

Respectfully submitted,

S/ *Omar J. Siddiqi*
Omar J. Siddiqi
*Senior Counsel*
*Special Federal Litigation Division*

**BY FIRST-CLASS MAIL**
To:  Christopher Sanchez
*Plaintiff Pro Se*
DIN: 19-A-3885
Downstate Correctional Facility
121 Red Schoolhouse Road
P.O. Box F
Fishkill, New York 12524

Application granted. The deadline for Defendant to respond to the Court's Valentin Order, Dkt No. 7, is extended until December 4, 2019.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 15.

SO ORDERED.

Dated:  November 12, 2019
New York, New York

GREGORY H. WOODS
United States District Judge

2